IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ORAL HILLARY,

                              Plaintiff

vs.

ST. LAWRENCE COUNTY, ST. LAWRENCE COUNTY DISTRICT ATTORNEY'S OFFICE, ST. LAWRENCE COUNTY DISTRICT ATTORNEY MARY E. RAIN, Individually and in her Official Capacity, UNIDENTIFIED JANE/JOHN DOE #1-10 ST. LAWRENCE COUNTY EMPLOYEES, UNIDENTIFIED JANE/JOHN DOE #11-20 ST. LAWRENCE COUNTY DISTRICT ATTORNEY EMPLOYEES, ST. LAWRENCE COUNTY SHERIFF KEVIN M. WELLS, Individually and in his Official Capacity, ST. LAWRENCE COUNTY DEPUTY SHERIFF JOHN E. JONES, JR., Individually and in his Official Capacity, UNIDENTIFIED JANE/JOHN DOE #21-30 ST. LAWRENCE COUNTY SHERIFF EMPLOYEES,

VILLAGE OF POTSDAM, VILLAGE OF POTSDAM POLICE DEPARTMENT, VILLAGE OF POTSDAM FORMER CHIEF OF POLICE EDWARD TISCHLER, Individually and in his Official Capacity, VILLAGE OF POTSDAM FORMER CHIEF OF POLICE KEVIN M. BATES, VILLAGE OF POTSDAM FORMER POLICE LIEUTENANT (presently Acting Chief of Police) MARK MURRAY, Individually and in his Official Capacity, UNIDENTIFIED JANE/JOHN DOE VILLAGE OF POTSDAM EMPLOYEES #31-40,

ONONDAGA COUNTY, ONONDAGA DISTRICT ATTORNEY WILLIAM FITZPATRICK,

NEW YORK STATE POLICE, NEW YORK STATE POLICE OFFICER GARY SNELL, Individually and in his Official Capacity, NEW YORK STATE POLICE INVESTIGATOR THEODORE LEVINSON, NEW YORK STATE POLICE INVESTIGATOR TIM PEETS, RAY WICKENHEISER, individually and in his Official Capacity as Director, Crime Lab System, New York State Police Forensic Investigation Center, JULIE PIZZIKETTI, individually and in her Official Capacity as Director of Biological Science, New York State Police Forensic Investigation Center, UNIDENTIFIED JANE/JOHN DOE #41-50 NEW YORK STATE POLICE EMPLOYEES,

                              Defendants

**DECLARATION**

Civil Action No.:
8:17-CV-00659 (GLS/DEP)

{H3193689.1}

CHRISTINA M. VERONE JULIANO, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am attorney admitted to practice law in the State of New York and am a partner at the law firm of Hancock Estabrook, LLP. As such, I am fully familiar with the facts and circumstances set forth below.

2. I submit this Declaration in support of Defendants St. Lawrence County, St. Lawrence County District Attorney's Office, Unidentified Jane/John Doe #1-10 St. Lawrence County Employees, Unidentified Jane/John Doe #11-20 St. Lawrence County District Attorney Employees, St. Lawrence County Sheriff Kevin M. Wells, Individually and in his Official Capacity, and Unidentified Jane/John Doe #21-30 St. Lawrence County Sheriff Employees' Motion to Dismiss, seeking dismissal of Plaintiff's Complaint in its entirety, pursuant to FED. R. CIV. P. §12(c).

3. Plaintiff's Complaint is attached as **Exhibit "1"**.

I swear under penalties of perjury that the foregoing is true and correct.

Dated: November 13, 2017                   /s/ Christina M. Verone Juliano
                                           Christina M. Verone Juliano