# JOHNSON & LAWS, LLC

Attorneys at Law

| | |
|---|---|
| 648 Plank Road, Suite 204 | Gregg T. Johnson |
| Clifton Park, New York 12065 | Partner |
| 518.490.6428 phone | 518.490.6413 direct |
| 518.616.0676 fax | gtj@johnsonlawsllc.com |

March 8, 2019

<u>**VIA ELECTRONIC FILING**</u>

Hon. Gary L. Sharpe, Sr. U.S.D.J.
James T. Foley U.S. Courthouse
445 Broadway Room 112
Albany, New York 12207

  **Re:** *Hillary v. Village Potsdam, et al.*
     **Civil Case No.: 17-cv-00659 (GLS-DEP)**

Dear Judge Sharpe:

  As Your Honor is aware, this firm represents the Village of Potsdam Defendants in the above-referenced action. We are in receipt of Your Honor's February 28, 2019 Memorandum-Decision and Order ("Decision") (Dkt. No. 83), and we write to seek clarification regarding Defendant Edward Tischler.

  In Section E 2 of the Court's Decision, at page 34, Your Honor states ". . . the portion of Village defendants' motion seeking dismissal of the claims against Chief Tischler for a lack of personal involvement is granted." We note, however, that Chief Tischler is not listed as a defendant to be terminated from this action in the Conclusion of Your Honor's Decision.

  By this writing we respectfully request that the Court clarify the direction to the Clerk to include the termination of Mr. Tischler as a defendant.

  Thank you in advance for your time and attention to this request.

                Respectfully,

                JOHNSON & LAWS, LLC

                S/ *Gregg T. Johnson*
                Gregg T. Johnson (506443)
                gtj@johnsonlawsllc.com

GTJ:lmg
cc: Barket Epstein Kearon Aldea & LoTurco, LLP
   Hancock Estabrook, LLP
   NYS Attorney General's Office
   Bond, Schoeneck & King, PLLC
   Onondaga County Department of Law
   Dreyer, Boyajian Law Firm